UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| VERDIE ELORY LOCKLEAR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHELLE A. KING, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 7:24-CV-837-BO-RJ |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Defendant for further proceedings.

**This judgment filed and entered on February 26, 2025, and served on:**
Charles F. Hall, IV (via CM/ECF NEF)
Lee Kouvousis (via CM/ECF NEF)
Wanda Mason (via CM/ECF NEF)


PETER A. MOORE, JR., CLERK

February 26, 2025

 /s/ Lindsay Stouch
By: Deputy Clerk