UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| VERDIE ELORY LOCKLEAR,           )<br>                                                          )<br>          Plaintiff,                              )<br>                                                          )<br>     v.                                                )<br>                                                          )<br>FRANK J. BISIGNANO,                    )<br>Commissioner of Social Security,    )<br>                                                          )<br>          Defendant.                         )<br>                                                          ) | **JUDGMENT ON<br>ATTORNEY FEES**<br>7:24-CV-837-BO-RJ |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $7650.00 and costs in the amount of $405.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This judgment filed and entered on June 25, 2025, and served on:**
Charles F. Hall, IV (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)
Lee Kouvousis (via CM/ECF Notice of Electronic Filing)

                                                                     **PETER A. MOORE, JR., CLERK**

June 25, 2025                                              /s/Lindsay Stouch
                                                                      By: Deputy Clerk